FILED

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 24 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

|  |  |
|---|---|
| JESUS RAMOS VALLEJO, | No. 07-74840 |
| Petitioner, | Agency No. A092-060-411 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted September 13, 2010[**]

Before: SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

Jesus Ramos Vallejo, a native and citizen of Mexico, petitions for review of

the Board of Immigration Appeals' order summarily affirming an immigration

judge's ("IJ") removal order. We dismiss the petition for review.

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

This court lacks jurisdiction to review the IJ's discretionary determination that Ramos Vallejo did not merit cancellation of removal. *See Romero-Torres v. Ashcroft*, 327 F.3d 887, 890 (9th Cir. 2003) (this court lacks jurisdiction to consider "all discretionary decisions involved in the cancellation of removal context, including the ultimate discretionary decision to deny relief").

Ramos Vallejo's contention that the IJ failed to properly weigh his equities is not supported by the record and does not amount to a colorable claim over which we have jurisdiction. *See Mendez-Castro v. Mukasey*, 552 F.3d 975, 980 (9th Cir. 2009).

Ramos Vallejo's remaining contention is unavailing.

**PETITION FOR REVIEW DISMISSED.**

07-74840